# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | CV 11-279-PSG (FMOx) | Date: | May 2, 2011 |
|---|---|---|---|
| Title: | Nicholas Venezia v. MRS Associates, Inc. et al | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

Proceedings (In Chambers):   **ORDER TO SHOW CAUSE RE: DISMISSAL**

On March 24, 2011, Plaintiff filed a Notice of Settlement. In the notice, Plaintiff clearly advises the Court that a voluntary dismissal would be filed within thirty (30) days from the date of the notice. To this date however, no dismissal paperwork has been submitted.

Accordingly, the Court hereby orders Plaintiff to show cause in writing on or before **May 16, 2011** why this action should not be dismissed for lack of prosecution.

The Court will consider the electronic filing of a dismissal on or before the above date as an appropriate response to this Order to Show Cause.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court. Counsel are advised that failure to respond to this Order to Show Cause on or before the above date, may result in the dismissal of the entire action.

Counsel are reminded that mandatory chambers copies of all electronically filed documents must be delivered directly to Chambers the following business day before Noon. Furthermore, all copies shall include the E-Filed Notice and/or E-Filed Header. Failure to comply may result in monetary sanctions.

|  | ---- : ---- |
|---|---|
| Initials of Preparer | wkh |